# Exhibit A

| Date | Withdrawal |
|---|---:|
| 10/26/2021 | $41,083.33 |
| 11/22/2021 | $41,083.33 |
| 12/14/2021 | $916.66 |
| 12/21/2021 | $41,083.33 |
| 1/25/2022 | $41,083.33 |
| 2/23/2022 | $41,083.33 |
| 3/29/2022 | $41,083.33 |
| 5/2/2022 | $41,083.33 |
| 5/20/2022 | $41,083.33 |
| 7/14/2022 | $41,083.33 |
| 8/3/2022 | $41,083.33 |
| 8/24/2022 | $41,083.33 |
| 9/20/2022 | $41,083.33 |
| 10/13/2022 | $3,400,000.00 |
| | **$3,893,916.62** |