Shelley N. Ripley, WSBA No. 28901
PAINE HAMBLEN, P.S.
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201
Telephone: (509) 455-6042
Email: snr@painehamblen.com

The Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>REFRESHING USA LIQUIDATION TRUST,<br><br>Remaining Debtor. | Lead Case No. 24-01863-FPC11<br>(Jointly Administered) |
| BRIAN WEISS, as Liquidation Trustee of the REFRESHING USA, LLC LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WET LIKE WATER, LLC, PETER SERVAAS, and JOHN DOES #1-10,<br><br>Defendants. | Adv. Proc. No. 26-80070-FPC<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT AND TIME TO OBJECT** |

**PLEASE TAKE NOTICE** that Defendants Wet Like Water, LLC and Peter SerVaas have filed, concurrently with this notice, a Motion to Dismiss Complaint [Dkt. 8] (the "Motion"). The Motion asks the Court to dismiss all claims against Peter SerVaas, to dismiss Count I of the Complaint to the extent it rests on 11

U.S.C. § 544(b), and to dismiss Count III. A copy of the Motion is on file with the Court and has been served on Plaintiff's counsel.

**IF YOU OPPOSE THE MOTION**, you must file a written objection stating briefly its grounds with the Clerk of the United States Bankruptcy Court for the Eastern District of Washington, 904 West Riverside Avenue, Room 304, Spokane, Washington 99201, or electronically through the Court's CM/ECF system, and serve a copy on the undersigned counsel, no later than **November 13, 2026**. LBR 2002-1(c)(1), (f)(1).

**IF NO TIMELY OBJECTION IS FILED AND SERVED**, the Court may grant the Motion and enter an order without an actual hearing or further notice. LBR 2002-1(a)(1)(C), (e)(1). If a timely objection is filed and served, Defendants will request a hearing date and serve notice of the hearing. LBR 2002-1(f)(3); LBR 9073-1.

DATED: October 23, 2026.

PAINE HAMBLEN, P.S.

By: */s/ Shelley N. Ripley*
Shelley N. Ripley, WSBA No. 28901
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201

KASOWITZ LLP
David Tyler Adams
(*pro hac vice* application forthcoming)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1927

*Attorneys for Defendants Wet Like Water, LLC and Peter SerVaas*

## CERTIFICATE OF SERVICE

I certify that on October 23, 2026, I caused the foregoing Notice of Motion to Dismiss Complaint and Time to Object to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all registered participants in this adversary proceeding, including counsel for Plaintiff, John T. Bender and Brian T. Peterson of K&L Gates LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: October 23, 2026, at Spokane, Washington.

*/s/ Shelley N. Ripley*
Shelley N. Ripley

4918-9588-7323, v. 1



PAINE HAMBLEN, P.S.
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
TELEPHONE: (509) 455-6042